AO240 (Rev 9/96)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 29 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff Antoine Jones

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

v.

Defendant S.A Stephane Yanta

Case Number: 07 1172

I, Antoine Jones, declare that I am the (check the appropriate box)

☐ petitioner/plaintiff/movant      ☐ other

in the above entitled proceeding; that in support of my request to proceed without prepayments of fees or costs under the 28 U.S.C. § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under the penalty of perjury:

1. Are you presently incarcerated?    ☒ Yes    ☐ No    (If "No" go to Part 2)

   If "Yes" state the place of your incarceration __DC Jail 1901 D St SE WDC__

   Are you employed at the institution? __No__    Do you receive any payment from the institution? __No__

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution (s) of your incarceration showing at least the past six months' transaction.

2. Are you presently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of last employment, and the amount of your take-home salary and wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?
   a. Business, profession or other form of self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends                      ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments            ☐ Yes    ☒ No
   d. Disability or workers compensation payments               ☐ Yes    ☒ No
   e. Gifts or inheritances                                      ☐ Yes    ☒ No
   f. Any other sources                                          ☒ Yes    ☐ No

RECEIVED
JUN 14 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive. Family and love ones send me money for personal needs.

3

Do you have any cash, or checking or savings accounts?   ☐ Yes   ☒ No

If "Yes" state the total amount. _____ None _____

Do you own any real estate, stocks, bonds, securities, or other financial instruments, automobiles or any other thing of value?
☒ Yes   ☐ No

If "Yes" describe the property and state its value. I have a $439,000°° s Well in _____

List the persons who are dependent upon you for support, state your relationship to each person and indicate how much you contribute to their support.   N/A

SUBSCRIBED, SWORN TO AND ACKNOWLEDGED BEFORE ME THIS 15 DAY OF [illegible] YEAR 200[?]
NOTARY PUBLIC FOR THE DISTRICT OF COLUMBIA
MY COMMISSION EXPIRES JULY 31ST, 200[?]

I declare under penalty of perjury that the foregoing is true and correct.

_5/15/07_ _____ Antoine Jones _____
Date                    Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

**CERTIFICATE**

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _294 03_ on account to his/her credit at (name of institution) _C.D.F_ . I further certify that the applicant has the following securities to his/her credit: _0_ . I further certify that during the past six months the applicant's average balance was $ _150 00_ .

_5/17/07_ _____ Benedict L. [illegible] _____
DATE                    SIGNATURE OF AUTHORIZED OFFICER