**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Norma Horne, Detective
Metropolitan Police Department
300 Indiana Ave., NW
Washington, D.C. 20001

Civil Action, File Number __CA-07-1172__

__Antoine Jones__
V.
__Stephanie E. Yanta, etal__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within

07-1172   7-24-07   BP

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   Norman Horne, Det

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name) / C. Date of Delivery  7/25/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7004 2510 0000 2032 8932

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

...If you are served on behalf of a corporation, your signature your relationship to that entity. If ...st indicate under your signature your authority.

...days, you (or the party on whose behalf you ...mplaint in any other manner permitted by law.

...behalf you are being served) must answer the ...ent by default will be taken against you for the

...eipt of Summons and Complaint By Mail was

(USMS Official)

D COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense