UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE JONES <br> DC#241-912 <br> 1901 D Street, S.E. <br> Washington, D.C. 20003 <br><br> Plaintiff <br> v. <br><br> STEPHANIE YANTA, <br> Special Agent, FBI, et al. <br><br> Defendant. | Civil Action No.: 07-1172 (HHK) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kenneth Adebonojo as counsel for Defendant in the above-captioned case.

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of August, 2007, I caused the foregoing Praecipe to be served on Pro Se Plaintiff, **Antoine Jones**, postage pre-paid and addressed as follows:

ANTOINE JONES
DC# 241-912
1901 D Street, S.E.
Washington, D.C.  20003

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov