UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE JONES )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>STEPHANIE YANTA, Special Agent, FBI, et al. )<br>)<br>    Defendants. )<br>) | No. 1:07cv1172 (HHK) |

**NOTICE OF RELATED CASE**

Rachel Lieber and Jack Geise ("Defendants") respectfully file this Notice of Related Case, pursuant to Local Rule 40.5(b)(3), to inform the Court of the existence of related cases, Jones v. Lieber et al., No. 07-1027 (RJL) (filed June 8, 2007) and Maynard v. Yanta, No. 07-1193 (filed June 29, 2007). The cases arise out of the underlying investigation and prosecution in US v. Jones, No. 05-cr-0386.[1] In the related cases, Plaintiffs allege violations of their civil rights arising from alleged illegal wiretapping and prosecutorial misconduct. It appears from the record that these cases satisfy the requirements for related cases under the rules. LCvR 40.5(a)(3).

August 29, 2007                                             Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

---

[1] See also US v. Jones, 451 F.Supp.2d 71 (D.D.C. 2006)

/s/
_____
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St. NW
Washington, DC 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov

**Certificate of Service**

I certify I caused copies of the foregoing Notice of Related Case to be served by first class mail upon *pro se* plaintiff at:

    Antoine Jones
    D.C. # 241912
    D.C. Jail
    1901 D Street, SE
    Washington, DC 20003

on this 29th Day of August 2007.

                                               /s/
                                   KENNETH ADEBONOJO
                                   Assistant United States Attorney
                                   555 4th St. NW
                                   Washington, DC 20530
                                   (202) 514-7157
                                   kenneth.adebonojo@usdoj.gov