CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ANTOINE JONES                          )
                                       )
                                       )
                                       )
                                       )
            Plaintiff                  )    Civil Case Number 07-1172(RJL)
                                       )
    v.                                 )
                                       )    Category    F
                                       )
STEPHANIE YANTA, et al.                )
                                       )
                                       )
                                       )
            Defendant                  )
                                       )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>September 6, 2007</u> from <u>Judge Henry H.</u>

<u>Kennedy, Jr.</u> to <u>Judge Richard J. Leon</u> by direction of the Calendar Committee.


(Reassigned as related to 07-1027)


<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Kennedy</u> & Courtroom Deputy
      <u>Judge Leon</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk