**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ANTOINE JONES,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| | ) **Civil Action No. 07-1172 (RJL)** |
| **v.** | ) **(ECF)** |
| | ) |
| **STEPHANIE E. YANTA, et al.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**DEFENDANTS' MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Plaintiff, a *pro se* prisoner, brings this action against Stephanie E. Yanta, Rachel Lieber

and Jack Geise.[1]  Defendants' answer is due September 24, 2007.

Defendants respectfully request an enlargement of time to file an answer or otherwise

respond to the complaint in this case.  Defendants request up to and including October 31, 2007,

to file an answer or otherwise respond to the complaint.

When federal employees are named individually in a lawsuit, they may request legal

representation by the Department of Justice ("DOJ"), pursuant to 28 C.F.R. § 50.15.  The decision

whether to grant such representation is made by the Torts Branch of DOJ Headquarters and, if the

request is approved, this Office is usually appointed as counsel.  Representation was only recently

approved for one of the Defendants and that process is being finalized.  Also, additional time is

needed to  review and consult with Agency Counsel to resolve certain factual matters necessary to

---

[1]  By way of this motion for an extension of time, the individual federal defendants
submit that they have not waived any defense or defenses available to them under Fed. R. Civ. P.
12 or otherwise, including immunity from suit.

complete Defendants' motion.

Also, Defendants request the additional time until the end of October because the undersigned will be away in training for two weeks during the month of October.

Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[2]

September 24, 2007                                           Respectfully submitted,


___/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


 /s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


___/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157
(202) 514-8780 (facsimile)

---

[2]  Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties.  This practice is informed by, and consistent with, Local Civil Rule 16.3(a).  Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements.  Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference.  LCvR 16.3(a) (emphasis added).

**CERTIFICATE OF SERVICE**

I certify I caused copies of the foregoing Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

Antoine Jones
DC# 241-912
1901 D Street, S.E.
Washington, D.D. 20003


on this 24th day of September, 2007.        ___/s/_____
                                            KENNETH ADEBONOJO
                                            Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANTOINE JONES, | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| | ) **Civil Action No. 07-1172 (RJL)** |
| v. | ) **(ECF)** |
| | ) |
| STEPHANIE E. YANTA, et al. | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**ORDER**

UPON CONSIDERATION of the Defendants' Motion for Enlargement of Time, support

thereof, the grounds stated therefor and the entire record in this matter, it is by the Court

this _____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED Defendants shall file an answer or dispositive motion on or

before October 31, 2007.


_____
UNITED STATES DISTRICT JUDGE

Copies to:

Kenneth Adebonojo
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530

Antoine Jones
DC# 241-912
1901 D Street, S.E.
Washington, D.C. 20003