UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

APR 2 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Antoine Jones
Lawrence Maynard
   Plaintiff
-v-                                    Case No. CV-07-1172(RJL)

Stephanie Yanta, FBI, et al
   Defendants

### Plaintiff's Motion for Entry of Default Judgment – Civil Case 1193 (RJL) and Civil Case 07-1172(RJL)

In viewing Lawrence Maynard v Stephanie Yanta, FBI, CV-07-1193-RJL, federal defendant motion to consolidate, in footnote #1, page 2; I gather that in Jones v Yanta, FBI, 07-1172-RJL, defendant(s) failed to oppose plaintiff's motion as ordered by the Court and is therefore in default. Plaintiff Jones is requesting this court to grant Plaintiff's petition and award said monetary damages as requested by plaintiff.

The record reflects that defendant has not filed a reply or opposed the motion at hand, consequently, the Clerk of the Court is requested to enter default judgment for the plaintiff. Plaintiff moves for an entry of default judgment. Defendants have failed to answer or otherwise defend this action. The Court is requested to order an evidentiary hearing or grant plaintiff's petition.

Although the default establishes a defendant liability, the Court is requested to make an independent determination of sum to be awarded in the amount of $10,000,000. *Ackin v Tecu, 180f Supp. 2d 15, 17D.DC2001*, the plaintiff goes on to request the court to award the $10,000,000 monetary damages pursuant to 18USC§2520, for illegal device being used to monitor plaintiff, violating his expectation of privacy and violating plaintiff's constitutional rights. Plaintiff suffered embarrassment, slander, loss of consortium, anxiety, depression, mental, emotional and physical stress and financial ruin.

1

Personal, Financial Damages and Losses

- Illegally obtained evidence from the illegal wiretapping conducted by FBI and DC MPD agents causing embarrassment.
- Loss of consortium since October 24, 2005.
- Loss of business.
- Exposure of private and personal information to open court, jury, and grand jury through two separate trials.
- Loss of sleep.
- Deterioration of health.

CONCLUSION

Plaintiff asserts Stephanie Yanta's, FBI, or the government's failure to answer or reply or opposed the motion at hand. Consequently, the Clerk of the Court is requested to enter default judgment for the plaintiff. Plaintiff moves for an entry of default judgment and defendants and their employer(s) ordered to pay monetary damages outlined in the complaint.

Respectfully Submitted, *pro se*

Antoine Jones  4-24-08

Antoine Jones

2