Case 1:07-cv-01172-RJL    Document 18    Filed 05/06/2008    Page 1 of 1

