UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE JONES, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-1172 (RJL) |
| STEPHANIE YANTA *et al.*, | ) |
| Defendants. | ) |

ECF

## ORDER

Defendants Stepanie E. Yanta, Rachel Lieber and Jack Geise filed a motion to dismiss plaintiff's complaint November 2, 2007. By Order filed December 7, 2007 and subsequent minute order filed January 10, 2008, plaintiff was advised of his obligation to file an opposition or other response to the motion, and that if he failed to respond by January 31, 2008, the defendants' motion to dismiss might be granted as conceded. To date, plaintiff has neither filed an opposition nor requested additional time to do so. Accordingly, it is hereby

ORDERED that the motion to dismiss [Dkt. # 14] filed by defendants Yanta, Lieber, and Griese is GRANTED as conceded, and these defendants are DISMISSED from this action.

SO ORDERED.

RICHARD J. LEON
United States District Judge

Date: 5/22/08