UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANTOINE JONES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 07-1172 (RJL) |
| STEPHANIE YANTA *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER TO SHOW CAUSE

Plaintiff filed this action against defendants Stepanie E. Yanta, Rachel Lieber, Jack Geise, and Norma Horne. Plaintiff filed proof of service on Horne on July 27, 2007 [Dkt. #7]. Horne's response to the complaint was due September 24, 2007. To date Horne has filed neither a response nor a motion for additional time to respond. Plaintiff has not sought an entry of default. Accordingly, plaintiff is hereby

ORDERED to show cause in writing on or before June 4, 2008 why this action should not be dismissed as to defendant Horne for failure to prosecute.

SO ORDERED.

RICHARD J. LEON
United States District Judge

Date: 5/22/08