UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANTOINE JONES,<br><br>  Plaintiff,<br><br>  v.<br><br>STEPHANIE YANTA *et al.*,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-1172 (RJL)<br>)<br>)<br>)<br>)<br>) |

FILED
MAY 2 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED that this case is DISMISSED; it is further

ORDERED that all pending motions are DENIED as moot; and it is further

ORDERED that the Show Cause Order issued May 23, 2008 is VACATED.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

             /s/ Richard J. Leon
             RICHARD J. LEON
Date:            United States District Judge

5/22/08